FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-30055 |
| Plaintiff-Appellee, | D.C. No. 2:19-cr-00111-WFN-17 |
| v. | Eastern District of Washington, Spokane |
| GERARDO FARIAS-CONTRERAS, AKA Tomas Gomez, | **ORDER** |
| Defendant-Appellant. | |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judge Mendoza did not participate in the deliberations or vote in this case.